UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELIZABETH PODGORSKI, an
individual

       Plaintiff,

v.                                                                            Case No: 2:15-cv-159-FtM-29CM

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

       Defendant.

## ORDER

This matter comes before the Court upon review of the docket. On May 7, 2015, Defendant filed an Answer to Plaintiff's Complaint. Doc. 11. Because this is an action filed pursuant to the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.* ("ERISA"), the Court will enter a Case Management and Scheduling Order tailored to ERISA cases.

On May 15, 2015, Defendant's filed an Unopposed Motion to Conduct Case Management Meeting by Telephone (Doc. 14). As grounds for this motion, Defendant states that Plaintiff's counsel's office is in Bonita Springs, FL and Defendant's counsel's office is in Boca Raton, FL. Doc. 14. In an effort to reduce expenses and facilitate the prompt scheduling of this meeting, Defendant requests that the parties be allowed to conduct the Case Management Meeting by phone. The Court finds good cause to grant this motion.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion to Conduct Case Management Meeting by Telephone (Doc. 14) is **GRANTED.**

2. Within **thirty (30) days** from the date of this Order, the parties shall meet by telephone for the purpose of completing a case management report.

3. Within **fourteen (14) days** after the case management meeting, the parties shall jointly file a Case Management Report which shall include the following information:

   a. The proposed deadline by which Defendant will file and serve upon Plaintiff a copy of the Administrative Record;

   b. The proposed deadline by which the parties either shall file a stipulation as to the appropriate standard of review or a motion to determine same;

   c. Whether discovery is necessary and, if so, the proposed discovery deadline;

   d. The proposed deadline for filing the motion(s) for judgment on the record;

   e. The proposed deadline for filing the response(s) to the motion(s) for judgment on the record;

   f. The deadline for completing mediation and the name of the jointly-selected mediator, if applicable; and

Any other issues that the parties believe will need resolution.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of May, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record